UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANNIE M. HAYMORE, BY AND THROUGH
MAXINE HAYMORE, AS ATTORNEY-IN-FACT     PLAINTIFFS

v.     CIVIL ACTION NO. 3:12-CV-48 CWR-FKB

CHADWICK NURSING & REHABILITATION
CENTER; CHADWICK NURSING &
REHABILITATION CENTER, LLC; AURORA
CARES, LLC; AURORA HEALTHCARE, LLC;
CORPORATIONS A-G; JANE DOES A-G;
AND JOHN DOES A-G     DEFENDANTS

### STIPULATION OF DISMISSAL AS TO CERTAIN DEFENDANTS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs, Annie M. Haymore, by and through Maxine Haymore, as Attorney-in-Fact, stipulate and agree to a dismissal without prejudice of all claims against the Defendants, Aurora Healthcare, LLC, Aurora Cares, LLC, and Chadwick Nursing and Rehabilitation Center.

Chadwick Nursing and Rehabilitation Center, LLC is the only remaining defendant to this civil action.

This 30th day of September, 2013.

*/s/ William Wes Fulgham*
WILLIAM WES FULGHAM

*Counsel for Annie M. Haymore, by and through*
*Maxine Haymore, as Attorney-in-Fact*


/s/ *Ceejaye S. Peters*
CEEJAYE S. PETERS

*Counsel for Chadwick Nursing and Rehabilitation Center, LLC,*
*Aurora Healthcare, LLC, and Aurora Cares, LLC*