IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANNIE M. HAYMORE, BY AND THROUGH                              **PLAINTIFF**
MAXINE HAYMORE, AS ATTORNEY-IN-FACT

V.                                                    Civil No. 3:12-cv-48-HSO-RHW

CHADWICK NURSING & REHABILITATION
CENTER, LLC                                                      **DEFENDANT**

**FINAL JUDGMENT**

The claims of Plaintiff Annie M. Haymore, by and through Maxine Haymore, as Attorney-in-Fact, against Defendant Chadwick Nursing & Rehabilitation Center, LLC came on for trial before the Court and a jury on the 20th day of October, 2014, and concluded on the 23rd day of October, 2014, Honorable Halil Suleyman Ozerden, United States District Judge, presiding.  The issues having been duly tried and having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Special Verdict Form, the jury retired to consider the verdict.  The jury returned upon their oaths, into open Court, a unanimous verdict, finding in favor of Defendant on Plaintiff's claim of medical negligence.  In accordance with the jury's unanimous verdict,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Plaintiff's claims against Chadwick Nursing & Rehabilitation Center are **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 23rd day of October, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE